UNITED STATES DISTRICT COURT

for the

District of Minnesota

Court File # 0:21-cv-00351-MJD-TNL

Randi Handwerk, on behalf of himself individually and all others similarly situated,

        Plaintiff(s),

vs.

Bayer CropScience LP, et al.,

        Defendant(s).

**AFFIDAVIT OF SERVICE**

PRO LEGAL SUPPORT SERVICES, INC.

I, Colin Livingstone, state that on February 12, 2021, at 9:58 am, I served a copy of the Class Action Complaint; Civil Cover Sheet; Summons to Nutrien Ag Solutions Inc.; Summons to Growmark Inc.; Summons to Growmark FS, LLC; Summons to Simplot AB Retail Sub, Inc.; Summons to Tenkoz, Inc.; Summons to Bayer CropScience LP; Summons to CropScience, Inc.; Summons to Corteva, Inc.; Summons to Cargill Incorporated; Summons to BASF Corporation; Summons to Syngenta Corporation; Summons to Winfield Solution, LLC; Summons to Univar Solutions, Inc.; Summons to Federated Co-Operatives Ltd.; and Summons to CHS Inc. in the above entitled action upon Federated Co-Operatives LTD. therein named, at 401 22nd St E, Saskatoon, SK S7K 0H2, by handing to and leaving with Brent Dean (Income Tax Analyst and person who stated he is authorized to accept service of process on behalf of Federated Co-Operatives LTD.) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Dated: February 16, 2021

_____
Colin Livingstone
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com