UNITED STATES DISTRICT COURT

for the

District of Minnesota

Court File # 0:21-cv-00433-NEB-BRT

Ryan Bros, Inc., et al.,

    Plaintiff(s),

vs.

**AFFIDAVIT OF SERVICE**

Bayer CropScience LP, et al.,

    Defendant(s).

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Jade V. Meyers, state that on February 18, 2021, at 9:03 am, I served a copy of the Summons in a Civil Action and Class Action Complaint in the above entitled action upon Univar Solutions, Inc., c/o Registered Agent: Corporation Service Company therein named, at 2710 Gateway Oaks Dr., #150N, Sacramento, CA 95833, in the County of Sacramento, by handing to and leaving with Koy Saechao (Business Agent) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Signed in the state of: California
In the county of: Sacramento

Dated: February 19, 2021

Jade V. Meyers
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com