# UNITED STATES DISTRICT COURT
## for the
## District of Minnesota

Court File # 0:21-cv-00351-MJD-TNL

Randi Handwerk, on behalf of himself individually and all others similarly situated,

    Plaintiff(s),

vs.

**AFFIDAVIT OF SERVICE**

Bayer CropScience LP, et al.,

    Defendant(s).

**PRO LEGAL SUPPORT SERVICES, INC.**

I, Michael Rivers, state that on February 12, 2021, at 12:10 pm, I served a copy of the Class Action Complaint; Civil Cover Sheet; Summons to Nutrien Ag Solutions Inc.; Summons to Growmark Inc.; Summons to Growmark FS, LLC; Summons to Simplot AB Retail Sub, Inc.; Summons to Tenkoz, Inc.; Summons to Bayer CropScience LP; Summons to CropScience, Inc.; Summons to Corteva, Inc.; Summons to Cargill Incorporated; Summons to BASF Corporation; Summons to Syngenta Corporation; Summons to Winfield Solution, LLC; Summons to Univar Solutions, Inc.; Summons to Federated Co-Operatives Ltd.; and Summons to CHS Inc. in the above entitled action upon Tenkoz, Inc. therein named, at 999 Peachtree St NE Suite 2300, Atlanta, GA 30309, in the County of Fulton, by handing to and leaving with Dean Pettway (General Counsel and person who stated he is authorized to accept service of process on behalf of Tenkoz, Inc.) true and correct copies thereof.

I declare under penalty of perjury that this information is true.

Signed in the state of: Georgia
In the county of: Dekalb

Dated: February 16, 2021

*Michael Rivers* (signature)

Michael Rivers
7800 Metro Parkway #300
Bloomington, MN 55425
(612) 860-5844
service@prolegalmn.com