UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RANDI HANDWERK, JOHN VEHRENKAMP, and JUSTIN PIC, on behalf of themselves individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>Defendants. | Case No. 0:21-cv-00351-MJD-TNL |
| DAN FLATEN, on behalf of himself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>Defendants. | Case No. 0:21-cv-00404-MJD-TNL |
| LEON PFAFF, on behalf of himself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>Defendants. | Case No. 0:21-cv-00462-MJD-TNL |

1

| | |
|---|---|
| B. CARLSON, on behalf of himself individually and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>                    Defendants. | Case No. 0:21-cv-00475-MJD-TNL |
| RYAN BROS., INC., on behalf of themselves and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al,<br><br>                    Defendants. | Case No. 0:21-cv-00433-MJD-TNL |
| EAGLE LAKE FARMS PARTNERSHIP, on behalf of itself individually and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al.,<br><br>                    Defendants. | Case No. 0:21-cv-00543-MJD-TNL |

| | |
|---|---|
| BRAD DEKREY, on behalf of himself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al.,<br><br>Defendants. | 0:21-cv-00639-MJD-TNL |
| TYLER SCHULTZ, on behalf of himself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al.,<br><br>Defendants. | 0:21-cv-00681-MJD-TNL |
| HAPKA FARMS, INC. and AMY HAPKA, on behalf of themselves individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP et al.,<br><br>Defendants. | 0:21-cv-00685-MJD-TNL |

3

| | |
|---|---|
| BEEMAN BERRY FARM, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al.,<br><br>Defendants. | 0:21-cv-00719-MJD-TNL |
| WUNSCH FARMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al.,<br><br>Defendants. | 0:21-cv-00970-MJD-TNL |
| KENNETH BECK, on behalf of himself individually and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CROPSCIENCE LP, et al.,<br><br>Defendants. | 0:21-cv-00996-MJD-TNL |

## **JOINT STIPULATION REGARDING PRETRIAL ORDER NO. 1**

Plaintiffs Randi Handwerk, Dan Flaten, Ryan Bros., Inc., Michael J. Ryan, Leon Pfaff, B. Carlson, Eagle Lake Farms Partnership, Brad DeKrey, Tyler Schultz, Hapka

Farms, Inc., Amy Hapka, Beeman Berry Farm, LLC, Wunsch Farms, Kenneth Beck, John Vehrenkamp, and Justin Pic,[1] (collectively, "Plaintiffs") and Defendants' Bayer CropScience, LP, Bayer CropScience, Inc., Corteva, Inc., Pioneer Hi-Bred International, Inc., Cargill Incorporated, BASF Corporation, Syngenta Corporation, Winfield Solutions, LLC, Univar Solutions, Inc., Federated Co-Operatives Ltd., CHS Inc., Nutrien Ag Solutions Inc., Growmark Inc., Growmark FS, LLC, Simplot AB Retail Sub, Inc., and Tenkoz, Inc. (collectively, "Defendants") enter into this Joint Stipulation regarding the submission of a Pretrial Order, in the above-referenced actions.

WHEREAS, in support of this Joint Stipulation, Plaintiffs and Defendants state:

1.  The Parties in these related actions, pending in the District of Minnesota, have voluntarily coordinated proceedings while the Judicial Panel on Multidistrict Litigation ("JPML") considers a motion to transfer for coordination or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Plaintiffs[2] have jointly filed a Consolidated Amended Class Action Complaint.

---

[1] This Joint Stipulation is being filed in all cases referenced above.

[2] "Plaintiffs" refers to those in the following cases: *Handwerk, et al. v. Bayer Cropscience, et al.*, 0:21-cv-00351-MJD-TNL (D. Minn.); *Flaten v. Bayer Cropscience, et al.*, 0:21-cv-00404-MJD-TNL (D. Minn.); *Ryan Bros., Inc., v. Bayer Cropscience, et al.*, 0:21-cv-00433-MJD-TNL (D. Minn); *Pfaff v. Bayer Cropscience, et al.*, 0:21-cv-00462-MJD-TNL (D. Minn.); *Carlson v. Bayer Cropscience, et al.*, 0:21-cv-00475-MJD-TNL (D. Minn.); *Eagle Lake Farms Partnership v. Bayer Cropscience, et al.*, 0:21-cv-00543-MJD-TNL (D. Minn.); *Dekrey v. Bayer Cropscience, et al.*, 0:21-cv-00639-MJD-TNL (D. Minn.); *Schultz v. Bayer Cropscience, et al.*, 0:21-cv-00681-MJD-TNL (D. Minn.); *Hapka Farms, Inc. and Amy Hapka v. Bayer Cropscience et al.*, 0:21-cv-00685-MJD-TNL (D. Minn.); *Beeman Berry Farm, LLC v. Bayer Cropscience et al.*, 0:21-cv-00719-MJD-TNL (D. Minn.); *Wunsch Farms v. Bayer Cropscience et al.*, 0:21-cv-00970-MJD-TNL (D. Minn.); and *Beck v. Bayer Cropscience et al.*, 0:21-cv-00996-MJD-TNL (D. Minn.). This proposed pretrial order is being filed contemporaneously in each of those dockets.

2. The Proposed Pretrial Order shall govern the practice and procedure in those actions listed herein so long as the Court has jurisdiction over the actions. This Order shall also apply to any actions later filed in, removed to, or transferred to this Court that are deemed related by this Court, by the Judicial Panel on Multidistrict Litigation, or by stipulation of the parties with Court approval. The Court will refer to all such existing and future actions as the "Cases."

3. All Cases are hereby consolidated into one action (the "Consolidated Action") for all pretrial purposes, pursuant to Fed. R. Civ. P. 42. This consolidation does not constitute a determination that all later-filed Cases should be consolidated for trial, nor does it have the effect of making any person or entity a party to any Case in which that party has not been named, served, or added in accordance with the Federal Rules of Civil Procedure.

4. Plaintiffs and Defendants have met, and conferred, and agreed upon the Proposed Pretrial Order No. 1.

5. GROWMARK Inc. states that it has consulted with all defendants in the Cases and that all defendants have consented to this stipulation and to the entry of the proposed order.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court approve this Joint Stipulation and Proposed Pretrial Order.

Dated:  April 30, 2021                           Respectfully submitted,

| */s/ Daniel E. Gustafson* | */s/ Jaime Stilson* |
|---|---|
| Daniel E. Gustafson (MN Lic. #202241) | Michael A. Lindsay (MN Lic. #0163466) |
| Daniel C. Hedlund (MN Lic. #258337) | F. Matthew Ralph (MN Lic. #0323202) |

| | |
|---|---|
| Michelle J. Looby (MN Lic. #0388166)<br>Daniel J. Nordin (MN Lic. #0392393)<br>Mickey L. Stevens (MN Lic. #0398549)<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>dgustafson@gustafsongluek.com<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>dnordin@gustafsongluek.com<br>mstevens@gustafsongluek.com<br><br><br>*Counsel for Plaintiffs Randi Handwerk, Dan Flaten, Leon Pfaff, Eagle Lake Farms Partnership, Wunsch Farms, John Vehrenkamp, and Justin Pic*<br><br>Joseph W. Cotchett<br>Adam J. Zapala<br>Karin B. Swope<br>Elizabeth T. Castillo<br>James G.B. Dallal<br>Reid W. Gaa<br>COTCHETT, PITRE & MCCARTHY, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>kswope@cpmlegal.com<br>ecastillo@cpmlegal.com<br>jdallal@cpmlegal.com<br>rgaa@cpmlegal.com<br><br><br>*Counsel for Plaintiff Randi Handwerk* | Jaime Stilson (MN Lic. #0392913)<br>DORSEY & WHITNEY LLP<br>50 South Sixth Street Suite 1500<br>Minneapolis, MN  55402-1498<br>Telephone: (612) 340-2600<br>lindsay.michael@dorsey.com<br>ralph.matthew@dorsey.com<br>stilson.jaime@dorsey.com<br><br>*Counsel for GROWMARK, Inc.; GROWMARK FS, LLC* |

7

| | |
|---|---|
| */s/Michael R. Cashman*<br>Michael R. Cashman (MN Lic. #206945)<br>Anne T. Regan (MN Lic. #0333852)<br>Nathan D. Prosser (MN Lic. #0329745)<br>**HELLMUTH & JOHNSON PLLC**<br>8050 West 78th Street<br>Edina, MN 55439<br>Telephone: (952) 941-4005<br>Facsimile: (952) 941-2337<br>aregan@hjlawfirm.com<br>nprosser@hjlawfirm.com<br><br>*Counsel for Plaintiffs Randi Handwerk, Michael J. Ryan & Ryan Bros., Inc., and Kenneth Beck*<br><br>Joseph Goldberg<br>Vincent J. Ward<br>Frank T. Davis<br>Josh B. Ewing<br>FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A.<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87102<br>Telephone: (505) 305-1263<br>jg@fbdlaw.com<br>vwj@fbdlaw.com<br>ftd@fbdlaw.com<br>jbe@fbdlaw.com<br><br>*Counsel for Plaintiff Randi Handwerk*<br><br>Richard M. Paul III<br>Ashlea G. Schwarz<br>PAUL LLP<br>601 Walnut Street, Suite 300<br>Kansas City, MO 64106<br>Telephone: 816-984-8100<br>Fax: 816-984-8101<br>Rick@PaulLLP.com<br>Ashlea@PaulLLP.com | |

*Counsel for Plaintiff Dan Flaten*

Drew R. Ball
Steve McCann
BALL & MCCANN, P.C.
161 North Clark Street, Suite 1600
Chicago, Illinois 60601
Telephone: (872) 205-6556
Fax: (872) 204-0244
Drew@BallMcCannLaw.com
Steve@BallMcCannLaw.com


*Counsel for Plaintiffs Michael J. Ryan & Ryan Bros., Inc., and Kenneth Beck*

Robert J. Gralewski, Jr.
Samantha L. Greenberg
KIRBY McINERNEY LLP
600 B Street, Suite 2110
San Diego, CA 92101
Telephone: (619) 784-1442
bgralewski@kmllp.com
sgreenberg@kmllp.com


*Counsel for Plaintiff Leon Pfaff*

Kenneth A. Wexler
Mark R. Miller
Melinda J. Morales
WEXLER WALLACE LLP
55 W. Monroe Street, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
Fax: (312) 346-0022
kaw@wexlerwallace.com
mrm@wexlerwallace.com
mjm@wexlerwallace.com


*Counsel for Plaintiff Leon Pfaff*

Timothy D. Battin
Christopher V. Le
STRAUS & BOIES, LLP
4041 University Drive, Suite 500
Fairfax, VA 22030
Tel: (703) 764-8700
tbattin@straus-boies.com
cle@straus-boies.com


*Counsel for Plaintiff Leon Pfaff*


/s/David M. Cialkowski
David M. Cialkowski (MN Lic. #306526)
Brian C. Gudmundson (MN Lic. #336695)
Alyssa J. Leary (MN Lic. #397552)
ZIMMERMAN REED LLP
1100 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
david.cialkowski@zimmreed.com
brian.gudmundson@zimmreed.com
alyssa.leary@zimmreed.com

Hart L. Robinovitch (MN Lic. #240515)
ZIMMERMAN REED LLP
14646 N. Kierland Blvd., Suite 145
Scottsdale, AZ 85254
Telephone: (480) 348-6415
hart.robinovitch@zimmreed.com


*Counsel for Plaintiffs B. Carlson and Brad DeKrey*

E. Powell Miller
Sharon S. Almonrode
William Kalas
Dennis A. Lienhardt
THE MILLER LAW FIRM PC
950 West University Drive,

Rochester, Michigan 48307
Telephone: (248) 841-2200
epm@miller.law
ssa@miller.law
wk@miller.law
dal@miller.law

*Counsel for Plaintiff Brad DeKrey*

Jeffrey B. Gittleman
Chad A. Carder
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838
jgittleman@barrack.com
ccarder@barrack.com

*Counsel for Plaintiff Eagle Lake Farms Partnership*

John G. Emerson
EMERSON FIRM, PLLC
2500 Wilcrest, Suite 300
Houston, TX 77042
Telephone: (800)-551-8649
Fax: (501) 286-4659
jemerson@emersonfirm.com

*Counsel for Plaintiff Eagle Lake Farms Partnership*

*/s/ Bryan L. Bleichner*
Karl L. Cambronne (MN Lic. #14321)
Bryan L. Bleichner (MN Lic. #0326689)
Jeffrey D. Bores (MN Lic. #227699)

Christopher P. Renz (MN Lic. #0313415)
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700 Minneapolis, MN 55401
Telephone: (612) 339-7300
Fax: (612) 336-2940
kcambronne@chestnutcambronne.com
bbleichner@chestnutcambronne.com
jbores@chestnutcambronne.com
crenz@chestnutcambronne.com

*Counsel for Plaintiff Tyler Schultz*

Wilbert B. Markovits
Terence R. Coates
MARKOVITS, STOCK & DEMARCO, LLC
3825 Edwards Road, Ste. 650
Cincinnati, OH 45209
Telephone: (513) 651-3700
Fax: (513) 665-0219
bmarkovits@msdlegal.com
tcoates@msdlegal.com

*Counsel for Plaintiff Tyler Schultz*

<u>/s/ Garrett D. Blanchfield</u>
Mark Reinhardt (MN Lic. # 90530)
Garrett D. Blanchfield (MN Lic. #209855)
Roberta A. Yard (MN Lic. #322295)
REINHARDT WENDORF & BLANCHFIELD
332 Minnesota Street, Suite W1050
St. Paul, MN 55101
Telephone: (651) 287-2100
Fax: (651) 287-2103
m.reinhardt@rwblawfirm.com
g.blanchfield@rwblawfirm.com
r.yard@rwblawfirm.com

*Counsel for Plaintiffs Hapka Farms, Inc. & Amy Hapka*

/s/William G. Caldes
William G. Caldes
Jeffrey J. Corrigan
Jeffrey L. Spector
Icee N. Etheridge
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Telephone: (215) 496-0300
Fax: (215) 496-6611
bcaldes@srkattorneys.com
jcorrigan@srkattorneys.com
jspector@srkattorneys.com
ietheridge@srkattorneys.com

*Counsel for Plaintiff Beeman Berry Farm, LLC*

Rhett A. McSweeney (MN Lic. #269542)
Jonathan R. Mencel (MN Lic. #390056)
MCSWEENEY LANGEVIN
2116 Second Avenue South
Minneapolis, MN 55404
Telephone: (612) 746-4646
Fax: (612) 454-2678
ram@westrikeback.com
jon@westrikeback.com
filing@westrikeback.com

*Counsel for Plaintiff Beeman Berry Farm, LLC*

Mark K. Wasvary

| | |
|---|---|
| MARK K. WASVARY, P.C.<br>2401 W. Big Beaver Rd, STE 100<br>Troy, MI 48084<br>Telephone: 248-649-5667<br>Fax: 248-649-5668<br>markwasvary@hotmail.com<br><br>*Counsel for Plaintiff Beeman Berry Farm, LLC*<br><br>Brian P. Murray<br>Lee Albert<br>GLANCY PRONGAY & MURRAY LLP<br>230 Park Avenue, Suite 530<br>New York, NY 10169<br>Telephone: (212) 682-5340<br>Fax: (212) 884-0988<br>bmurray@glancylaw.com<br>lalbert@glancylaw.com<br><br>*Counsel for Plaintiff Beeman Berry Farm, LLC*<br><br>Steven A. Kanner<br>Jonathan M. Jagher<br>FREED KANNER LONDON & MILLEN LLC<br>2201 Waukegan Rd, Suite 130<br>Bannockburn, IL 60015<br>Telephone: (224) 632-4500<br>Fax: (224) 632-4521<br>skanner@fklmlaw.com<br>jjagher@fklmlaw.com<br><br>*Counsel for Plaintiff Beeman Berry Farm, LLC*<br><br>David P. McLafferty<br>MCLAFFERTY LAW FIRM, P.C.<br>923 Fayette Street | |

| | |
|---|---|
| Conshohocken, PA 19428<br>Telephone: (610) 940-4000 ext. 12<br>Fax: (610) 940-4007<br>dmclafferty@mclaffertylaw.com<br><br><br>*Counsel for Plaintiff Beeman Berry Farm, LLC*<br><br>Brett Cebulash<br>Kevin Landau<br>Evan Rosin<br>TAUS, CEBULASH & LANDAU, LLP<br>80 Maiden Lane, Suite 1204<br>New York, NY  10038<br>Telephone: (212) 931-0704<br>bcebulash@tcllaw.com<br>klandau@tcllaw.com<br>erosin@tcllaw.com<br><br><br>*Counsel for Plaintiff Wunsch Farms* | |